NO. 07-15-00020-CR

James Butler
Appellant

VS.

THE STATE OF TEXAS
Respondent

IN THE TEXAS COURT
OF
CRIMINAL APPEALS

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 05 2015

Abel Acosta, Clerk

MOTION FOR THE INACTMENT
OF
SUSPENSION Rule 2.

FILED IN
COURT OF CRIMINAL APPEALS

OCT 06 2015

Abel Acosta, Clerk

Petitioner James Butler Pro-Se Respectfully MOVES this court to Inact Suspension of Rule 2 of the Rules of Appellant procedure. For good cause. Petitioner Request The suspension of the number of copies required pursuant to Rule 9.3 of The Texas Rules of appellant procedure. For Required number of copies. Petitioner would show the following:

1. Petitioner is in the Texas Department of criminal Justice-ID Division and does not have access to a copy machine.

2. Petitioner does not have Funds to pay a copy service and would cause undue delay in this action.

3. Petitioner can not comply with Rule 9.3 on the number of copies required pursuant to the Texas Rule of appellant procedure and it would be a undue burden on the petitioner which would stop him from advancing his right in filing his petition for descretionary Review.

## Prayer

Wherefore Premises Considered Petitioner Prays That this Honorable Court grant Petitioner motion To In Act suspension of Rule 2 of the Rule of Appellant Procedure and allow petitioner to proceed in this Appeal, petition For Discretionary Review.

Respectfully Submitted

*James Butler*

Pro-Se

TDCJ: 1993732
W.P. Clements Jr unit
9601 Spur 591
Amarillo Texas 79107

## INMATE Declaration

I James Butler TDCJ no. 1993732 am the Petitioner and being presently incarcerated in TDCJ-ID at The william P. Clements unit, declare under penalty of perjury that, according To my belief The Facts State here In the above Motion are True and correct.

Sign on October 5 2015

1993732

TDCJ NO.